Order entered October 27, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00684-CV

**SUBRINA LYNN BRENHAM, Appellant**

**V.**

**ERIK WILSON AND DIANNE GIBSON, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-05433**

## ORDER

The clerk's record in this case is overdue. By letter dated July 28, 2015, the Dallas County District clerk notified the Court the clerk's record has been prepared but is being held for non-payment. Appellant filed her Affidavit of Indigency with this Court on May 29, 2015. No contest of appellant's affidavit appears to have been timely filed.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record within **TEN DAYS** of the date of this order without advance payment of costs. *See* TEX. R. APP. P. 20.1(f). We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County District Clerk Felicia Pitre by electronic transmission and to the parties.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE